# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 04-806 consolidated with 04-805

**STATE OF LOUISIANA**

**VERSUS**

**CARVIN SMITH**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 04-CR-120965-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**G. Paul Marx**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**Telephone:  (337) 237-2537**
**COUNSEL FOR:**
       **Defendant/Appellant - Carvin Smith**

**Honorable Charles A. Riddle, III**
**District Attorney, 12th Judicial District Court**
**P. O. Box 1200**
**Marksville, LA 71351**
**Telephone:  (318) 346-2336**
**COUNSEL FOR:**
       **Plaintiff/Appellee - State of Louisiana**

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *State of Louisiana v. Carvin Smith*, 04-805 (La.App. 3 Cir. ___/___/___), ___ So.2d ___, the judgment of the trial court is affirmed.

**AFFIRMED**.